JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**GZHB LLC,** a California Limited Liability Company;<br>and Does 1-10,<br><br>　　　　Defendants. | Case 8:20-CV-00075-JVS-ADS<br><br>**Judgment**<br>(re: Default Judgment) |

Upon review of the court files, the application for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that plaintiff Brian Whitaker shall have JUDGMENT in his favor for $5,492 against defendant GZHB LLC and defendant is ordered to provide accessible dining surfaces at Glowzone located at 7227 Edinger Avenue, Huntington Beach, California, in compliance with the Americans with Disabilities Act Accessibility Standards.

Dated: June 10, 2020

By:_____
United States District Judge
James V Selna